FILED

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

17 AUG 16  PM 3: 19

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ KKC
_____ CLERK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | CRIMINAL NO. |
| | § | **A 17 CR  287 SS** |
| **Plaintiff,** | § | |
| | § | **I N F O R M A T I O N** |
| **v.** | § | |
| | § | |
| **STEVEN LEE BACINO,** | § | [Vio:  18   U.S.C.   §   2252(a)(4)(B)  – |
| | § | Possession of Child Pornography; |
| **Defendant.** | § | |
| | § | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
**Possession of Child Pornography**
**[18 U.S.C. § 2252(a)(4)(B)]**

On or about June 25, 2015, in the Western District of Texas, the Defendant,

**STEVEN LEE BACINO,**

did knowingly possess material, namely, a computer hard drive which contained one or more

images of minors engaged in sexually explicit conduct that had been mailed and had been shipped

and transported in interstate and foreign commerce by any means, including by computer, and that

was produced using materials that had been mailed and that had been shipped and transported in

interstate commerce and foreign commerce, including by computer.

    A.      Images of the minor(s) consisted of one or more visual depictions of sexually

explicit conduct, to wit:   the lascivious exhibition of the genitals and pubic area of a person;

    B.      The production of each visual depiction involved the use of one or more minors

engaging in sexually explicit conduct;

C.    Each visual depiction was a digital image and computer image of a minor engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(4)(B).

Respectfully:

RICHARD L. DURBIN, JR.
UNITED STATES ATTORNEY

GRANT SPARKS
Assistant U.S. Attorney