IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
17 NOV -7 AM 9:09
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                  DEPUTY CLERK

UNITED STATES OF AMERICA

-vs-                                                    CAUSE NO. A-17-CR-287-SS

STEVEN LEE BACINO

_____

# ORDER

BE IT REMEMBERED on this 3rd day of November 2017, the Court sentenced Steven Lee Bacino in the above-captioned case to a term in the penitentiary of SIXTY (60) MONTHS. The United States Probation Office had calculated a guideline of 78 to 97 months. Therefore, the sentence was a variance pursuant to 18 U.S.C. § 3553(a).

Steven Lee Bacino is a 35-year-old person who was caught possessing child pornography in a computer used in connection with his employment. When the FBI investigated the case, Mr. Bacino was terminated. The United States prosecuted Mr. Bacino with an information charged August 16, 2017 and arrest warrant. He entered into a plea agreement on August 29, 2017.

Mr. Bacino viewed pornography and child pornography but never was involved in any distribution. He is married. His wife is a professional person, and they are expecting a baby in February of 2018. In addition to pornography, Mr. Bacino has not been involved with any pornography since June of 2015. At the same time, he has attempted to eliminate an alcohol historical problem and continues weekly meetings with AA.

Mr. Bacino's overall efforts to help himself since June of 2017 impressed the United States Probation Officer, who calculated the guidelines and wrote the presentence investigation report. The



recommendation of the United States Probation Office was for a custodial sentence of 60 months with ten years of supervision, a $5,000.00 fine and a $100.00 assessment. In addition, Mr. Bacino has had to settle and satisfy claims from three victims who are in different videos the defendant observed.

When viewing the elements of 18 U.S.C. § 3553(a), the Court is of the opinion that 60 months is a fair sentence when it is along with a 10-year supervision term, and

IT IS SO ORDERED.

SIGNED this the 6th day of November 2017.

_____
UNITED STATES DISTRICT JUDGE